UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN TOMKIN,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2026

1:26-cv-4270-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On May 27, 2026, Plaintiff Brian Tomkin requested leave to proceed in this Court without prepayment of fees.  Dkt. No. 5.  That request is denied without prejudice.

Mr. Tomkin's submission does not include all of the information required for the Court to evaluate his request.  In particular, he has not indicated whether he or anyone living in the same residence has received more than $200 in the last twelve months from "[d]isability or worker's compensation payments," "[g]ifts or inheritances, or "[a]ny other sources."  *Id.*

Any renewed application to proceed *in forma pauperis* must be filed no later than June 4, 2026. The Clerk of Court is directed to terminate the motions pending at Dkt. No. 2 and Dkt. No. 5.

SO ORDERED.

Dated:   May 28, 2026.
         New York, New York

_____
GREGORY H. WOODS
United States District Judge