USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

BRIAN TOMKIN,

Plaintiff,

-v -

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---------------------------------------------------------------- X

1:26-cv-4270-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Plaintiff commenced this action on May 21, 2026. Dkt. No. 1. On that same day, he filed a motion to proceed *in forma pauperis*. Dkt. No. 2. The Court denied that motion and directed that any request be re-filed no later than June 4, 2026. Dkt. No. 6. As of the date of this order, Plaintiff has not paid the filing fee or filed a renewed motion to proceed *in forma pauperis*.

Because Plaintiff has not yet paid the require filing fee and the Court has not approved his request to proceed *in forma pauperis*, the Court will take no further action in this case. To proceed with a civil action, a plaintiff must either pay the $405.00 in fees or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* application. *See* 28 U.S.C. §§ 1914, 1915.1. Plaintiff is ordered to either file a renewed application to proceed *in forma pauperis* or to pay the required filing fee no later than July 16, 2026. If Plaintiff fails to comply within the time allowed, this action will be dismissed without prejudice.

SO ORDERED.

Dated: July 9, 2026
New York, New York

GREGORY H. WOODS
United States District Judge